UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
-------------------------------------------------------X
IN RE:
                                                                     CHAPTER 13

RALPH E. BUSH, JR.,                           CASE NO.:13-35663 (CGM)

                      Debtor.
-------------------------------------------------------X

### ORDER MODIFYING DEBTOR'S CONFIRMED
### CHAPTER 13 PLAN

       Upon the Notice of Motion and Motion of RALPH E. BUSH, JR., the debtor, by his attorneys, GENOVA & MALIN, and upon the reading and filing of said Notice of Motion and Affirmation in Support of Motion dated, June 20, 2014 and the issues raised by said Motion having come before this Court on July 15, 2014, and there being no papers filed in opposition thereto, and after hearing ANDREA B. MALIN, attorney for the movant, in support thereof, and after due deliberation, it is

       **NOW,** on motion of GENOVA & MALIN, attorneys for the debtor, pursuant to 11 U.S.C. §1329(a)(1), it is

       **ORDERED,** that the Chapter 13 Plan of the debtor be, and it hereby is, modified by increasing the monthly payment made to the Chapter 13 Trustee to the sum of $3,425.00, commencing as of the June 28, 2014, payment for the remaining period of forty-six (46) months.



**Dated: July 17, 2014**
       **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**